**Carol EVERHART, Plaintiff–Appellant,**

v.

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY,**
**Defendant–Appellee.**

No. 13–1758.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2014.

Decided: June 3, 2014.

Carol Everhart, Appellant Pro Se. Gerard J. Stief, Associate General Counsel, Washington Metropolitan Area Transit Authority, Washington, D.C., for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Everhart appeals the magistrate judge's order of judgment for the Defendant in accordance with the jury's verdict in her civil action.* We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *See Everhart v. Wash. Metro. Area Transit Auth.,* No. 8:11–cv–02155–CBD (D. Md. filed May 22, 2013; entered May 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* The parties consented to proceeding before a magistrate judge pursuant to 28 U.S.C.